1

**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

2

3

4

5

6

Attorneys for Plaintiff
GURI GONZALEZ

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11   GURI GONZALEZ,

**Case No.: 2:21-cv-02143 JLS (AFMx)**

12          Plaintiff,

13      vs.

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

14
JEFF CULVER INC.; and DOES 1
15   through 10,

16
         Defendants.
17

18

19      **PLEASE TAKE NOTICE** that JONG JA KIM

20   ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

21   voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

22   Procedure Rule 41(a)(1) which provides in relevant part:

23      (a) **Voluntary Dismissal.**

24          (1)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66

25                 and any applicable federal statute, the plaintiff may dismiss an action

26                 without a court order by filing:

27             (i)    A notice of dismissal before the opposing party serves either an

28                    answer or a motion for summary judgment.

1

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3  Court.

4

5  DATED:  May 27, 2021              SO. CAL. EQUAL ACCESS GROUP

6

7                                   By:   */s/   Jason J. Kim*

8                                         Jason J. Kim, Esq.
                                          Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**